JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANDRES GOMEZ-SANTIAGO et al.,

Plaintiffs,

v.

TODD BLANCHE et al.,

Defendants.

Case No. 5:26-cv-04647-SB-E

FINAL JUDGMENT

For the reasons stated in the separate order entered this date, it is ordered that Petitioner Andres Gomez-Santiago's petition for a writ of habeas corpus is denied.

This is a final judgment.

Date: September 22, 2026

Stanley Blumenfeld, Jr.
United States District Judge